IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODELL A. GRIGGS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-3210 |
| | § | |
| JANIE COCKRELL, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on this 27th day of October, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge

1